**Wesley Kevin GIVS, Plaintiff—Appellant**

v.

**CITY OF EUNICE; Lynn Lejeune, Individually and as mayor of the City of Eunice, Defendants—Appellees.**

No. 07–30624
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 4, 2008.

Wesley Kevin Givs, pro se.

John Fayne Wilkes, III, Borne & Wilkes, Lafayette, LA, Jacque B. Pucheu, Jr., Pucheu, Pucheu & Robinson, Eunice, LA, for Defendants–Appellees.

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

---

PER CURIAM: *

Wesley Givs filed suit against the City of Eunice and its mayor, alleging a slew of discrimination claims. The defendants filed for summary judgment. The district court, in a thorough opinion, granted the motion. Givs now appeals. After reviewing the record, we confirm that the defendants were entitled to judgment as a matter of law. AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

